```
1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: kcollins@arcatanet.com
4
5  ATTORNEY FOR PLAINTIFF
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| Robert Lee Borden, | Civil No.: 1:14-cv-4332 NJV |
|---|---|
| Plaintiff, vs. | STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Robert Borden may have an extension until March 3, 2015, in which to file plaintiff's motion for summary judgment. All amended deadlines will be extended accordingly. This is plaintiff's first request.

Dated: February 3, 2015
/s/ Kenneth J. Collins
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Stipulation and Order In Support of Plaintiff's First Request for Extension of Time-1-

1  Dated: February 3, 2015                    /s/ Sharon Lahey
                                              SHARON LAHEY
2                                             Special Assistant United States Attorney
                                              (as authorized by email)
3

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6  Dated: February 5, 2015

7                                             HON. NANDOR J. VADAS
                                              United States Magistrate Judge