1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: kcollins@arcatanet.com

5  ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| Robert Lee Borden,<br><br>    Plaintiff,<br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant | Civil No.: 1:14-cv-4332 NJV<br><br>STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S FIFTH REQUEST FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Robert Borden may have an extension until June 26, 2015, in which to file plaintiff's motion for summary judgment. All amended deadlines will be extended accordingly. This is plaintiff's fifth request.

Dated: May 27, 2015                   /s/ Kenneth J. Collins
                                      KENNETH J. COLLINS
                                      Attorney for Plaintiff

//

//

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
|   | DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| Dated: May 27, 2015 | /s/ Sharon Lahey<br>SHARON LAHEY<br>Special Assistant United States Attorney<br>(as authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 2, 2015

HON. NANDOR J. VADAS
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order In Support of Plaintiff's Fifth Request for Extension of Time-2